FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 SEP -8  P 12: 36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MICHAEL E. LUTINS,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

Defendant.

_____/

Case No. 3: 10-CV- 817-J-99TJC-
mcr

NOTICE OF REMOVAL

### DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"),

by and through its undersigned counsel and pursuant to 28 U.S.C. sections 1332, 1441,

and 1446, hereby submits this Notice of Removal and requests that the civil action

entitled **Michael E. Lutins, Plaintiff v. State Farm Mutual Automobile Insurance**

**Company, Defendant, which was filed as Case No. 16-2010-CA-010120 in the**

**Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida,** be

removed to the United States District Court, Middle District of Florida.  In support

hereof, the Defendant states:

1.       Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

2.       On or about August 12, 2010, Michael E. Lutins sued State Farm in a civil

         action now pending in the Circuit Court of the Fourth Judicial Circuit, in

and for Duval County, Florida, Case No. 16-2010-CA-010120. On August 20, 2010, State Farm was served with a copy of the Summons, Complaint, Interrogatories and Request to Produce. The Summons, Complaint, Interrogatories, and Request to Produce, and Notice of Service of Process are attached as Composite Exhibit "1."

3.  At all times material hereto, State Farm was and is a mutual insurance company organized and incorporated pursuant to the laws of the State of Illinois and maintaining its principal place of business in Illinois. A corporation is a citizen of any state in which it is incorporated and where it has its principal place of business. 28 U.S.C. § 1332(c). As such, State Farm is a citizen of Illinois.

4.  Plaintiff is a citizen of Florida. Plaintiff provided his address in Callahan, Florida at the time of the subject motor vehicle accident. See Florida Traffic Crash Report attached as Exhibit "2." Additionally, Plaintiff provided his Florida residential address in the Civil Remedy Notice of Insurer Violations, filed by Plaintiff on or about August 12, 2010 with the Florida Department of Financial Services, a copy of which is attached as composite Exhibit "3"

5.  Complete diversity of citizenship exists between Plaintiff and Defendant.

6.  The damages being sought by the Plaintiff in this action are believed to be in excess of Seventy-Five Thousand Dollars ($75,000). The Plaintiff's Complaint seeks recovery of underinsured motorist coverage under a policy of automobile insurance issued by State Farm which provides

stacking underinsured motorist coverage with limits of $50,000 per person and $100,000 per occurrence on each vehicle, for a total of $200,000 in underinsured motorist coverage. Copies of the insurance coverage disclosure letters for each applicable policy providing coverage to the Plaintiff are attached hereto as composite Exhibit "4".

7. The amount in controversy is also evidenced by the demand letter directed to State Farm by the Plaintiff's attorney, dated June 29, 2010, attached hereto as Exhibit "5." In that letter, Plaintiff demands payment of Plaintiff's uninsured motorist coverage policy limits of $200,000.

8. As noted in paragraph 4 above, on or about August 12, 2010, Plaintiff filed a civil remedy notice with the Florida Department of Financial Services. In that civil remedy notice, Plaintiff states that State Farm should have tendered its uninsured motorist coverage limit of $200,000. A copy of the civil remedy notice was previously attached hereto as Exhibit "3."

8. This Notice of Removal is filed within thirty (30) days of receipt by State Farm of a copy of the initial pleading setting forth the claim for relief upon which the action is based, pursuant to 28 U.S.C. section 1446(b).

9. Pursuant to 28 U.S.C. section 1446(a), a copy of all process, pleadings, and orders served upon this Defendant in this action is filed herewith as Composite Exhibit "1."

10. Pursuant to Rule 4.02(b) of the Local Rules of the United States District Court, Middle District of Florida, Defendant files with this Notice of

Removal a true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file with the state court, as Composite Exhibit "6."

11.    Venue is proper in the Jacksonville Division of this Court pursuant to Rule 1.02(b)(1) of the Local Rules of the United States District Court, Middle District of Florida, as the state court action originated in Duval County, Florida.

WHEREFORE, Defendant respectfully requests that the state court action now pending be removed to and proceed in this Court, and that no further proceedings be held in the state court action.

Dated this _____ day of September, 2010.

Deborah A. Halvorsen
Florida Bar No. 0978779
Trial Counsel
**O'HARA LAW FIRM**
Professional Association
4811 Beach Boulevard, Suite 303
Jacksonville, Florida 32207
Telephone No. (904) 346-3166
Facsimile No. (904) 346-5445
sohara@oharalawfirm.com
dhalvorsen@oharalawfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the parties hereto by depositing same, postage prepaid, in the United States mail, this _____ day of September 2010, to W. Holt Harrell, Esquire, Harrell & Harrell, P.A., 4735 Sunbeam Road, Jacksonville, Florida 32257.

_____
Attorney

# EXHIBIT 1

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:

DIVISION:    2010-CA-010120

MICHAEL E. LUTINS,

      Plaintiff,

vs.

# DIVISION CV-F

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and Request to Produce in the above styled cause upon the following defendant, to-wit:

    by serving:    State Farm Mutual Automobile Insurance Company
                c/o Florida Chief Financial Officer as RA
                200 East Gaines Street
                Tallahassee, Florida 32399-4201

    Said defendant is required to serve written defenses to the Complaint on W. Holt Harrell, Plaintiff's attorney, whose address is:

                Harrell & Harrell, P.A.
                4735 Sunbeam Road
                Jacksonville, Florida 32257

within 20 days after service and to answer the Interrogatories and Request to Produce within 45 days of this Summons on said defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

    WITNESS my hand and the seal of said Court this 17 day of August, 2010.

(COURT SEAL)

Clerk of Court    JIM FULLER

BY:_____
TONYA MOORADIAN
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written responses to the "Plaintiff/Plaintiffs Attorney" named below:

**W. Holt Harrell, Esquire**
**4735 Sunbeam Road**
**Jacksonville, Florida 32257**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del trunal. Existen otros requisitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de letelphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la caus ainsi que votre salaire, votre argent, et vos biens peuvent etre saisais par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vour ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carboneou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiffs Attorney" (Plaignant ou a son avocat) namme oidessous.

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 2010-CA-010120          XXXX-

DIVISION:

MICHAEL E. LUTINS,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

_____/

# DIVISION CV-F

## COMPLAINT

    Plaintiff, Michael E. Lutins, hereby sues Defendant, State Farm Mutual Automobile Insurance Company, a foreign corporation, and says:

### COMMON ALLEGATIONS AS TO ALL COUNTS

1.    This is an action for damages that exceeds the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs, interest and attorneys' fees.

2.    On or about December 19, 2009, Alisa Taylor owned a motor vehicle that was operated with her consent by John Frazier on Dunn Avenue at or near the intersection with River Falls Drive in Jacksonville, Duval County, Florida.

3.    At that time and place, John Frazier negligently operated or maintained the motor vehicle so that it collided with Plaintiff Michael E. Lutins' vehicle.

## COUNT I

**(Michael E. Lutins v. State Farm Mutual Automobile Insurance Company)**

4.  Plaintiff realleges and affirms paragraphs 1- 3, as set forth above.

5.  State Farm Mutual Automobile Insurance Company (hereinafter referred to as "State Farm") is a foreign corporation that is authorized by the Florida Department of Insurance to transact business, including the solicitation and sale of policies of motor vehicle insurance, within the State of Florida, and specifically in Duval County, Florida.

6.  As a result, Plaintiff, Michael E. Lutins, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7.  At the time of the aforesaid collision, John Frazier was an uninsured motorist, as that term is defined in Plaintiff's policy and §627.727, Florida Statutes, and as applicable case law interprets same.

8.  The Plaintiff has uninsured/underinsured motorist coverage with the Defendant, State Farm, under the terms and conditions of automobile policy number L530-689-59C. Attached hereto as Exhibit A is the declaration sheet of coverage disclosed by the Defendant. A copy of the policy is in the possession of the Defendant.

9.  State Farm is obligated to pay monetary damages to Plaintiff, Michael E. Lutins, as a result of the permanent injuries he sustained in the aforesaid motor vehicle collision.

2

10.    State Farm has refused to honor its obligations to the Plaintiff under the underinsured motor vehicle policy provision of the aforesaid insurance contracts.

11.    Plaintiff has complied with all conditions precedent to the filing of this action.

WHEREFORE, the Plaintiff, Michael E. Lutins, demands judgment against Defendant, State Farm, for damages, costs of this action, any pre-judgment interest, trial by jury and such other and further relief as this Court may deem meet and just.

DATED this _____ day of August, 2010.

                              HARRELL & HARRELL, P.A.



                              _____
                              W. Holt Harrell, Esquire
                              Florida Bar No.: 0577634
                              4735 Sunbeam Road
                              Jacksonville, FL   32257
                              (904) 251-1111
                              (904) 251-1110 (facsimile)

                              Attorneys for Plaintiff

3

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 3-2010-CA-010120        XXXX

DIVISION:

MICHAEL E. LUTINS,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

        Defendant.

_____/

# DIVISION CV-F

## NOTICE OF SERVICE OF INTERROGATORIES
## TO DEFENDANT STATE FARM

TO:   CLERK OF THE CIRCUIT COURT

    **PLEASE TAKE NOTICE** that Interrogatories, numbered 1 through 11, have been

propounded to Defendant State Farm Mutual Automobile Insurance Company, a foreign corporation.

    DATED this _____ day of August, 2010.

HARRELL & HARRELL, P.A.

W. Holt Harrell, Esquire
Florida Bar No.: 0577634
4735 Sunbeam Road
Jacksonville, FL 32257
(904) 251-1111
(904) 251-1110 (facsimile)

Attorneys for Plaintiff

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 2010-CA-010120
DIVISION:

MICHAEL E. LUTINS,

       Plaintiff,

vs.

# DIVISION CV-F

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

       Defendant.

_____/

## INTERROGATORIES TO DEFENDANT STATE FARM

TO:   State Farm Mutual Insurance Company
       c/o Florida Chief Financial Officer as RA
       200 East Gaines Street
       Tallahassee, FL 32399-4201

The Plaintiff propounds Interrogatories to the Defendant State Farm to be answered in

writing and under oath within forty-five (45) days from date of service hereof, pursuant to Florida

Rules of Civil Procedure.

DATED this _____ day of August, 2010.

HARRELL & HARRELL, P.A.

_____
W. Holt Harrell, Esquire
Florida Bar No.: 0577634
4735 Sunbeam Road
Jacksonville, FL 32257
(904) 251-1111
(904) 251-1110 (facsimile)

Attorneys for Plaintiff

## INTERROGATORIES TO DEFENDANT USAA

Please insert your answers in the space provided following each question. If additional space is needed, prepare your answer on a separate sheet of paper and attach. If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.

1. What is the name, address and telephone number of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies: the name of the insurer, number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

3. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

4. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

5. State the facts upon which you rely for each affirmative defense in your answer.

6. Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name, address and telephone number of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

7. List the names, addresses and telephone numbers of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

8. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name, address and telephone number of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

9. State the name, address and telephone number of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

10. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name, business address and telephone number of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

11. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

STATE OF FLORIDA

COUNTY OF _____

BEFORE    ME,    the    undersigned    authority,    personally    appeared

_____ for State Farm Mutual Automobile Insurance

Company, who after being by me first duly sworn, deposes and says that the answers to the foregoing

interrogatories are true and correct.


_____

For State Farm Mutual Automobile Insurance
Company


SWORN TO AND SUBSCRIBED
before me this _____ day of _____, 2010.


_____
NOTARY PUBLIC, State of Florida at Large


_____
Print Name


_____
My Commission Expires


_____
Identification Produced

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:  ₂- 2010 -CA- 0 1 0 1 2 0        CXXX

DIVISION:

MICHAEL E. LUTINS,

        Plaintiff,

vs.

*DIVISION CV-F*

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

        Defendant.

_____/

## PLAINTIFF'S REQUEST TO PRODUCE
## TO DEFENDANT, STATE FARM

    Plaintiff, Michael E. Lutins, by and through his undersigned counsel, hereby requests

pursuant to Rule 1.350 of the Florida Rules of Civil Procedure that Defendant produce the following

within forty five (45) days of service hereof:

    1.    Copies of all insurance policies, including excess and umbrella policies, that might

provide coverage for this incident, this request includes all vehicles owned by the insured(s)

including ones not involved in the accident.

    2.    Copies of insurance application and any and all underinsured motorist stacking

selection and/or rejection forms signed by the insured during the entire policy period.

    3.    Copies of any statements, whether oral, recorded or otherwise, obtained of the

Plaintiff.

    4.    Colored photographs of the scene of the accident.

5.    Colored photographs of the motor vehicle operated by John Frazier in this accident.

6.    Colored photographs of the motor vehicle operated by the Plaintiff in this accident.

7.    Estimates of repairs for the damage to John Frazier's motor vehicle. Estimates of repairs for the damage to Plaintiff's motor vehicle.

8.    Invoices and repair bills for John Frazier's motor vehicle.

9.    Any and all colored photographs and/or surveillance films taken by the Defendant, Defendant's attorneys, investigators, agents, servants or employees or any colored photographs and/or surveillance films currently in the possession of the Defendant, Defendant's attorneys, investigators, agents, servants or employees taken of the Plaintiffs herein after the accident referred to in the Complaint, which are in any manner related to the subject matter of this lawsuit, which would show or depict the Plaintiffs herein.

10.    The names, addresses and telephone numbers of any investigators, agents, servants or employees of the Defendant or Defendant's attorneys who participated in the taking of these colored photographs and/or surveillance films.

DATED this _____ day of August, 2010.

HARRELL & HARRELL, P.A.

W. Holt Harrell, Esquire
Florida Bar No.: 0577634
4735 Sunbeam Road
Jacksonville, FL  32257
(904) 251-1111
(904) 251-1110 (facsimile)

Attorneys for Plaintiff

2



**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

10-51174

59 - A425 - 642

MICHAEL E. LUTINS

PLAINTIFF(S),

VS.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, A FOREIGN CORPORATION

DEFENDANT(S).

SUMMONS, COMPLAINT, EXHIBIT, DISCOVERY

CASE #:   2010-CA-01020-XXXX-MA
COURT:    CIRCUIT COURT
COUNTY:   DUVAL
DFS-SOP#: 10-51174

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida.  Said process was received in my office by MAIL on the 17th day
of August, 2010 and a copy was forwarded by Electronic Delivery on the 20th day of August,
2010 to the designated agent for the named entity as shown below.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
JOHN MONSANTO  (flor.clms-dfs.604K19@statefarm.com)
VP-OPERATIONS
STATE FARM
7401 CYPRESS GARDENS BLVD
WINTER HAVEN, FL 33888

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

W. HOLT HARRELL
HARRELL & JOHNSON, P.A.
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257                              AJ1

# EXHIBIT 2

LexisNexis          1/14/2010 5:03 AM   PAGE   2/005   Fax Server
302114143



LexisNexis
302114143                   1/14/2010 5:03 AM   PAGE   3/005   Fax Server



LexisNexis
302114143

1/14/2010 5:03 AM   PAGE   4/005   Fax Server

**FLORIDA TRAFFIC CRASH REPORT**
**NARRATIVE/DIAGRAM**

DO NOT WRITE IN THIS SPACE

V1 WAS TRAVELLING NORTH ON RIVER FALLS DR AND V2 WAS TRAVELLING EAST ON SR 104 (DUNN AVE) V1 FAILED TO YIELD AND PULLED INTO THE PATH OF V2 D1 STATES HE COULD NOT SEE V2. D1 AND D2 STATED THEIR SHOULDERS WERE HURTING. ENGINE 33 RESPONDED AND TREATED D1 AND D2. D2 STATED V1 PULLED INTO HIS PATH. JIMMIES WRECKER RESPONDED AND TOWED BOTH VEHICLES. D1 WAS CITED FOR THE CRASH.

| SEQ | PASS | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | EJECT | SAFETY | REST |
|-----|------|------------------|-----------------|--------------|----------|---------------|------|-----|-----|-----|-------|------|------|
| 1 | 1 | ARMAND M. TAYLOR | | JACKSONVILLE, FLORIDA 32209 | | 05/26/76 | 2 | 1 | 3 | | 4 | 2 | 1 |
| 1 | 2 | MICHAEL L. PHILLIPS | | JACKSONVILLE, FLORIDA 32209 | | 07/11/42 | 2 | 1 | 4 | | 4 | 2 | 1 |

Engine 33

12/9/09   Jacksonville

Page  3  of  4

LexisNexis            1/14/2010 5:03 AM  PAGE   5/005   Fax Server
302114143



# EXHIBIT 3



FLORIDA
DEPARTMENT OF
FINANCIAL SERVICES



Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

**Filing Number:** 163827

**Filing Accepted:** 8/12/2010

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | MICHAEL LUTINS |
| Street Address: | 44353 MAPLEWOOD COURT |
| City, State Zip: | CALLAHAN, FL  32011 |
| Email Address: | |
| Complainant Type: | Insured |

### Insured

| | |
|---|---|
| Name: | MICHAEL LUTINS |
| Policy #: | L530-689-59C |
| Claim #: | 69-A425-642 |

### Attorney

| | |
|---|---|
| Name: | W. HOLT HARRELL |
| Street Address: | 4735 SUNBEAM ROAD |
| City, State Zip: | JACKSONVILLE, FL  32257 |
| Email Address: | JENTSMINGER@HARRELLANDHARRELL.COM |

### Notice Against

| | |
|---|---|
| Insurer Type: | Authorized Insurer |
| Name: | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| Street Address: | |
| City, State Zip: | , |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

ANN-MARIE COOLEY

| | |
|---|---|
| Type of Insurance: | Auto |

DFS-10-363
Rev. 11/2007

 **FLORIDA** DEPARTMENT OF **FINANCIAL SERVICES**

 Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

Filing Number:    **163827**

### Reason for Notice:

Reasons for Notice:

**Unsatisfactory Settlement Offer**

**Claim Delay**

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| **624.155(1)(b)(1)** | **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.** |
| **626.9541(1)(i)(3)(c)** | **Failing to acknowledge and act promptly upon communications with respect to claims.** |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**WE WILL PAY DAMAGES FOR BODILY INJURY AN INSURED IS LEGALLY ENTITLED TO COLLECT FROM THE OWNER OR DRIVER OF AN UNINSURED MOTOR VEHICLE.**

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

**ON DECEMBER 19, 2009, MR. LUTINS WAS A BELTED DRIVER TRAVELING ON DUNN AVENUE IN JACKSONVILLE, FLORIDA, WHEN JOHN FRAZIER RAN A STOP SIGN AND CRASHED INTO MR. LUTINS. MR. LUTINS HAD TO GO TO THE EMERGENCY ROOM AND FOLLOWED-UP WITH HIS PRIMARY CARE PHYSICIAN WHO ORDERED A CERVICAL MRI.**

**THE CERVICAL MRI REVEALED THAT MR. LUTINS HAD DISC HERNIATIONS AT C4-5, C5-6, AND C6-7. THE RADIOLOGIST ALSO SPECIFICALLY NOTED THAT THE HERNIATIONS AT C5-6 AND C6-7 WERE ACUTE. HOWEVER, MOST SIGNIFICANTLY, THE RADIOLOGIST SAW THAT BOTH DISC HERNIATIONS AT C5-6 AND C6-7 WERE COMPRESSING MR. LUTINS' SPINAL CORD.  AS A RESULT, MR. LUTINS WAS REFERRED FOR A NEUROSURGICAL EVALUATION.**

**ON JUNE 23, 2010, MR. LUTINS OBTAINED THAT NEUROSURGICAL EVALUATION WITH DR. JAVIER GARCIA-BENGOCHEA AT LYERLY NEUROSURGERY.  DR. GARCIA-BONGOCHEA BELIEVES THAT IF MR. LUTINS' PAIN PERSISTS THAT HE IS A CANDIDATE FOR A TWO-LEVEL FUSION.**

**IN THE MEANTIME, MR. LUTINS' PAIN DOES PERSIST AND HE IS UNDERGOING CERVICAL PARASPINAL TRIGGER POINT INJECTIONS AND BILATERAL OCCIPITAL NERVE BLOCKS.**

**THE AT-FAULT DRIVER DID NOT HAVE LIABILITY COVERAGE. MICHAEL LUTINS IS INSURED UNDER AN UNDERINSURED MOTOR POLICY THROUGH STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY WITH UNDERINSURED MOTORIST POLICY LIMITS OF $200,000.**

**A DEMAND FOR THE $200,000.00 WAS SENT TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ON JUNE 29, 2010.  THERE HAS BEEN NO OFFER FROM STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

### Comments

DFS-10-363
Rev. 11/2007

| User Id | Date Added | Comment |
|---------|-----------|---------|
|         |           |         |

DFS-10-363
Rev. 11/2007

# EXHIBIT 4

COPY

PO Box 9618
Winter Haven, FL  33883-9618
Fax:  800-627-4023

February 24, 2010

Harrell & Harrell
4735 Sunbeam Rd
Jacksonville, FL 32257

RE: Claim Number: 59-A425-642
    Our Insured:  Terri P & Michael Lutins
    Date of Loss: December 19, 2009
    Your Client:  Michael Lutins

Dear Sir/Madam:

We are in receipt of your request for policy information. In
response to your request and in accordance with the recent
decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information
regarding policy number L530-689-59C on the below listed vehicle
for the above date of loss.

**Year:**1998 **Make/Model:**Chevrolet K1500
**Vehicle ID Number:**1GCEK19R2WR112102

  The name of the insurer:
  State Farm Mutual Automobile Insurance Company

  Named Insured(s): Terri P Lutins
                    Michael Lutins

  Coverages:
  A 50/100/50,P10,C 10,000,D100,G250,H,R1 80%/500,
  U 50/100

  A/B - BI/PD Liability (BI per person/BI per accident/PD)
  P - Personal Injury Coverage
  C - Medical Payments Coverage
  D - Comprehensive
  G - Collision
  H - Emergency Road Service
  R - Rental Coverage
  U - Uninsured Motorist - Stacking

HOME OFFICES:   BLOOMINGTON, ILLINOIS 61710

COPY

Terri P & Michael Lutins
Michael Lutins
Page 2
February 24, 2010

    U3 - Uninsured Motorist - Non Stacking
    S - Death, Dismemberment and Loss of Sight

    The coverages you chose are shown on the Declarations Page
    of your policy and the application of those coverages to
    this loss is determined by the language of your policy
    contract and endorsements.

    Policy or coverage defenses known to the Company at this time:
    None

    Umbrella or excess insurance known to the Company at this time:
    None

I trust this information will satisfy your request. However,
should you need further assistance, please contact me at the
number listed below.

Sincerely,

Ann-Marie Cooley x87001
Claim Representative
(800) 879-2435
State Farm Mutual Automobile Insurance Company

For a complete description of the terms, conditions and
exclusions applicable to each specific coverage and to determine
the coverages that are included in your policy. PLEASE READ YOUR
POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS
CAREFULLY. These specific terms, conditions, and exclusions
control. In providing the above information, we, the State Farm
Mutual Automobile Insurance Company, do not intend to waive any
policy terms, conditions or exclusions nor do we intend to waive
any unstated policy defenses, but rather we specifically reserve
all our rights including our right to assert any such policy
terms, conditions, exclusions or defenses at any time.

COPY

February 24, 2010

PO Box 9618
Winter Haven, FL  33883-9618
Fax:  800-627-4023

Harrell & Harrell
4735 Sunbeam Rd
Jacksonville, FL 32257

RE: Claim Number: 59-A425-642
    Our Insured:  Terri P & Michael Lutins
    Date of Loss: December 19, 2009
    Your Client:  Michael Lutins

Dear Sir/Madam:

We are in receipt of your request for policy information. In
response to your request and in accordance with the recent
decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information
regarding policy number 5196037-59 on the below listed vehicle
for the above date of loss.

**Year:2008 Make/Model:Ford Mustang
Vehicle ID Number:1ZVHT80N385176377**

The name of the insurer:
State Farm Mutual Automobile Insurance Company

Named Insured(s): Terri P Lutins
                  Michael Lutins

Coverages:
A 50/100/50,P10,C 10,000,D100,G250,H,R1 80%/500,
U 50/100,S

    A/B - BI/PD Liability (BI per person/BI per accident/PD)
    P - Personal Injury Coverage
    C - Medical Payments Coverage
    D - Comprehensive
    G - Collision
    H - Emergency Road Service
    R - Rental Coverage
    U - Uninsured Motorist - Stacking

HOME OFFICES:   BLOOMINGTON, ILLINOIS 61710

COPY

Terri P & Michael Lutins
Page 2
February 24, 2010

U3 - Uninsured Motorist - Non Stacking
S - Death, Dismemberment and Loss of Sight

The coverages you chose are shown on the Declarations Page
of your policy and the application of those coverages to
this loss is determined by the language of your policy
contract and endorsements.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However,
should you need further assistance, please contact me at the
number listed below.

Sincerely,

Ann-Marie Cooley x87001
Claim Representative
(800) 879-2435
State Farm Mutual Automobile Insurance Company

For a complete description of the terms, conditions and
exclusions applicable to each specific coverage and to determine
the coverages that are included in your policy, PLEASE READ YOUR
POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS
CAREFULLY. These specific terms, conditions, and exclusions
control. In providing the above information, we, the State Farm
Mutual Automobile Insurance Company, do not intend to waive any
policy terms, conditions or exclusions nor do we intend to waive
any unstated policy defenses, but rather we specifically reserve
all our rights including our right to assert any such policy
terms, conditions, exclusions or defenses at any time.

COPY

February 24, 2010

PO Box 9618
Winter Haven, FL  33883-9618
Fax:  800-627-4023

Harrell & Harrell
4735 Sunbeam Rd
Jacksonville, FL 32257

RE: Claim Number: 59-A425-642
    Our Insured:  Terri P & Michael Lutins
    Date of Loss: December 19, 2009
    Your Client:  Michael Lutins

Dear Sir/Madam:

We are in receipt of your request for policy information. In
response to your request and in accordance with the recent
decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information
regarding policy number 3020027-59 on the below listed vehicle
for the above date of loss.

**Year:2005 Make/Model:Ford F350 SD**
**Vehicle ID Number:1FTWW33P85EC79579**

The name of the insurer:
State Farm Mutual Automobile Insurance Company

Named Insured(s): Terri P Lutins
                  Michael Lutins

Coverages:
A 50/100/50,P10,C 5,000,D250,G250,H,R1 80%/500,
U 50/100

A/B - BI/PD Liability (BI per person/BI per accident/PD)
P - Personal Injury Coverage
C - Medical Payments Coverage
D - Comprehensive
G - Collision
H - Emergency Road Service
R - Rental Coverage
U - Uninsured Motorist - Stacking

HOME OFFICES:   BLOOMINGTON, ILLINOIS 61710

COPY

Terri P & Michael Lutins
Page 2
February 24, 2010

U3 - Uninsured Motorist - Non Stacking
S - Death, Dismemberment and Loss of Sight

The coverages you chose are shown on the Declarations Page
of your policy and the application of those coverages to
this loss is determined by the language of your policy
contract and endorsements.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However,
should you need further assistance, please contact me at the
number listed below.

Sincerely,

Ann-Marie Cooley x87001
Claim Representative
(800) 879-2435
State Farm Mutual Automobile Insurance Company

For a complete description of the terms, conditions and
exclusions applicable to each specific coverage and to determine
the coverages that are included in your policy, PLEASE READ YOUR
POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS
CAREFULLY. These specific terms, conditions, and exclusions
control. In providing the above information, we, the State Farm
Mutual Automobile Insurance Company, do not intend to waive any
policy terms, conditions or exclusions nor do we intend to waive
any unstated policy defenses, but rather we specifically reserve
all our rights including our right to assert any such policy
terms, conditions, exclusions or defenses at any time.

COPY

                                        PO Box 9618
                                        Winter Haven, FL  33883-9618
                                        Fax:  800-627-4023

February 24, 2010


Harrell & Harrell
4735 Sunbeam Rd
Jacksonville, FL 32257


RE: Claim Number: 59-A425-642
    Our Insured: Terri P & Michael Lutins
    Date of Loss: December 19, 2009
    Your Client: Michael Lutins


Dear Sir/Madam:

We are in receipt of your request for policy information. In
response to your request and in accordance with the recent
decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information
regarding policy number 4026359-59 on the below listed vehicle
for the above date of loss.

**Year:**2000 **Make/Model:**Pontiac Grand Prix
**Vehicle ID Number:**1G2WP52K2YF330429

  The name of the insurer:
  State Farm Mutual Automobile Insurance Company

  Named Insured(s): Terri P Lutins
                    Michael Lutins

  Coverages:
  A 50/100/50,P10,C 5,000,D250,G250,H,R1 80%/500,
  U 50/100

    A/B - BI/PD Liability (BI per person/BI per accident/PD)
    P - Personal Injury Coverage
    C - Medical Payments Coverage
    D - Comprehensive
    G - Collision
    H - Emergency Road Service
    R - Rental Coverage
    U - Uninsured Motorist - Stacking


            HOME OFFICES:    BLOOMINGTON, ILLINOIS 61710

COPY

Terri P & Michael Lutins
Page 2
February 24, 2010

U3 - Uninsured Motorist - Non Stacking
S - Death, Dismemberment and Loss of Sight

The coverages you chose are shown on the Declarations Page
of your policy and the application of those coverages to
this loss is determined by the language of your policy
contract and endorsements.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However,
should you need further assistance, please contact me at the
number listed below.

Sincerely,

Ann-Marie Cooley x87001
Claim Representative
(800) 879-2435
State Farm Mutual Automobile Insurance Company

For a complete description of the terms, conditions and
exclusions applicable to each specific coverage and to determine
the coverages that are included in your policy, PLEASE READ YOUR
POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS
CAREFULLY. These specific terms, conditions, and exclusions
control. In providing the above information, we, the State Farm
Mutual Automobile Insurance Company, do not intend to waive any
policy terms, conditions or exclusions nor do we intend to waive
any unstated policy defenses, but rather we specifically reserve
all our rights including our right to assert any such policy
terms, conditions, exclusions or defenses at any time.

# EXHIBIT 5

# HARRELL & HARRELL

### A Professional Association

DAVID R. BLACK
DONALD P. BLACK
SCOTT A. CLEARY
CHARLES T DOUGLAS, JR.
JULIE MARIE HARRELL
RENEE DANCLE HARRELL
W. HOLT HARRELL
WILLIAM H. HARRELL

4735 SUNBEAM ROAD
JACKSONVILLE, FLORIDA 32257
(904) 251-1111
(800) 251-1111
FAX (904) 251-1110
www.harrellandharrell.com

ALBERT H. LECHNER
TIMOTHY I. MARTIN
TIMOTHY S MORAN
ANTHONY G. PAPA
GREGORY J. SCHLAX
FRED T. STAPF
COUNSEL
NATHAN P. CARTER

June 29, 2010

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Ann-Marie Cooley
Claim Representative
State Farm Mutual Automobile Insurance Company
P. O. Box 9618
Winter Haven, FL 33883-9618

Rec'd In CIOS

JUL 0 1 2010



| RE: | Our Client: | **Michael Eugene Lutins** |
|-----|-------------|---------------------------|
| | Your Insured: | **Michael Lutins** |
| | Date of accident: | 12/19/2009 |
| | Your Claim No: | 59-A425-642 |

Dear Ms. Cooley:

This offer to settle will present the facts of Mr. Lutins' case, as well as the reasons for State Farm Insurance Company to resolve this matter. The following documents are enclosed:

| Exhibit A. | Accident Report |
|------------|-----------------|
| Exhibit B. | Property Damage Photographs |
| Exhibit C. | Medical Records |
| Exhibit D. | Medical Bills Summary |
| Exhibit E. | PIP Payout Ledger |

Liability will not be an issue in this case. On December 19, 2009, Mr. Lutins was a belted driver traveling on Dunn Avenue in Jacksonville, Florida, when John Frazier ran a stop sign and crashed into Mr. Lutins. The impact caused significant property damage and Mr. Frazier was cited for failing to yield, no proof of insurance, and driving on a known suspended license. I have attached a copy of the accident report as well as pictures of Mr. Lutins' truck after the accident for your review.

That night, Mr. Lutins went to the emergency room at Baptist Medical Center Downtown with right-sided neck/shoulder pain. After a physical examination, the emergency room physician prescribed powerful pain medication as well as muscle relaxers. The physician told Mr. Lutins to follow-up with his primary care physician.

Ms. Ann-Marie Cooley
June 29, 2010
Page 2

Mr. Lutins did follow-up with his primary care physician on January 8, 2010. He went to Dr. Baltazar Orallo at Baptist Primary Care with significant neck and shoulder pain. As a result, Dr. Orallo prescribed a course of physical therapy. Mr. Lutins underwent physical therapy from January 11, 2010 until April 14, 2010 at Nassau Physical Therapy. Mr. Lutins was diligent with his physical therapy. However, the physical therapy did not improve his intense neck pain. Therefore, Dr. Orallo referred Mr. Lutins for pain management at Coastal Spine and Pain Center.

Mr. Lutins' first appointment with Coastal Spine and Pain Center was on April 21, 2010. As a result of that visit, the physician, Dr. Kenneth Powell, ordered a cervical MRI and reserved prescribing a course of treatment until the results of the cervical MRI were known.

The cervical MRI was done the next day at Medical Diagnostic Center. The MRI revealed that Mr. Lutins had disc herniations at C4-5, C5-6, and C6-7. The radiologist also specifically noted that the herniations at C5-6 and C6-7 were acute. In other words, the herniations were caused by the recent car crash. However, most significantly, the radiologist saw that **both disc herniations at C5-6 and C6-7 were compressing Mr. Lutins' spinal cord.** As a result, at his follow-up with Dr. Powell on April 27th, Dr. Powell referred Mr. Lutins for a neurosurgical evaluation. Also, because of this serious finding of spinal cord compression, Dr. Powell could not proceed with any cervical epidural injections and gave Mr. Lutins an occipital nerve block to help with the headaches.



On June 23, 2010, Mr. Lutins obtained that neurosurgical evaluation with Dr. Javier Garcia-Bengochea at Lyerly Neurosurgery. At that appointment, Dr. Garcia explained to Mr. Lutins that because his spinal cord was compromised, at two levels, Mr. Lutins **will require a two-level cervical fusion at C5-6 and C6-7.** Without this surgery, Dr. Garcia believes that Mr. Lutins can become paralyzed from a minor event such as a sneeze. Of course, the surgery itself presents the risk of paralysis or death; and, even

Ms. Ann-Marie Cooley
June 29, 2010
Page 3

a successful two-level fusion will leave Mr. Lutins with severely restricted range of motion in his neck.

To date, Mr. Lutins' medical bills are as follows:

| | |
|---|---|
| **NASSAU PHYSICAL THERAPY**<br>1/11/10 – 2/19/10 | $ 2,630.00 |
| **Drs. Mori, Bean & Brooks**<br>12/20/09 | $      71.00 |
| **Emergency Resources Group**<br>12/19/09 | $    278.00 |
| **Baptist Primary Care**<br>1/8/10 - $138.00; 3/15/10 - $125.00 | $    263.00 |
| **Baptist Medical Center**<br>12/19/09 | $  1,216.25 |
| **Coastal Spine & Pain Center** | $  2,199.00 |
| **Medical Diagnostic Center** | $  1,402.00 |
| **Lyerly Neurosurgery – Dr. Garcia** | $  Unknown |
| **TOTAL** | $ 8,059.25 |

Naturally, the costs associated with the surgery, and Mr. Lutins' recovery, will increase this amount substantially. Indeed, the typical costs associated with a two-level cervical fusion are between $75,000.00 and $90,000.00. Also, Dr. Garcia expects Mr. Lutins to miss between four and six weeks of work to recover from the surgery. Mr. Lutins works six days a week for Anheuser-Busch as a forklift operator and makes approximately $1,500.00 a week. Therefore, he will lose between $6,000.00 and $9,000.00 as he recovers from the surgery.

Unfortunately, the at-fault driver did not have liability insurance. Therefore, the only insurance recovery available to Mr. Lutins is through his own insurance company, State Farm, for his $200,000.00 in underinsured motorist benefits.

Based upon Mr. Lutins' permanent injuries, pain, suffering, loss of earnings, and the traumatic force and impact of the accident, he would be awarded far in excess of the

Ms. Ann-Marie Cooley
June 29, 2010
Page 4

$200,000.00 uninsured motorist policy limits.  However, we have been informed by State Farm that Mr. Lutins' uninsured motorist policy limits are only $200,000.00 and State Farm represents that there is no other coverage for this crash from any source. Therefore, we would make a recommendation that he accept the $200,000.00 policy limits in settlement of this case.  We are making this recommendation because by settling at this time, Mr. Lutins will recognize significant savings if this claim is settled prior to filing a lawsuit. This offer will remain open until 5:00 p.m. on July 30, 2010.

Subject to the terms stated in this letter, this is an offer to settle for the $200,000.00 policy limits.  In exchange, Mr. Lutins will execute a release.  Pease note that we will not agree to a release that purports to release any and all other persons, firms, or corporations and will instruct our client to strike through any such language if included, unless specifically negotiated as part of our agreement.  That release must specifically include the following language verbatim to preserve all other potential claims:

This is not a general release and only releases the parties specifically named herein; and while they hereby release all claims against releasees, their agents and employees, the payment hereunder does not satisfy all of the damages resulting from the accident, including, but not limited to, past and present future medical and health care expenses which may have been incurred or may be incurred in the future which is not being paid in this settlement.  The undersigned further reserves the right to pursue and recover all unpaid damages from any person, firm or organization who may be responsible for payments of such damages, including any first party health and automobile insurance coverage, but such reservation does not include the releasees, their agents or employees.  This release does not release releasees for fraud of any kind or nature, including but not limited to: fraudulent misrepresentation (amount of coverage); fraud in the inducement (fact of coverage; nondisclosure of other coverage; misstatement of assets); fraudulent transfers (Uniform Fraudulent Transfer Act-Sections 726.101-726.112, Florida Statutes (2002)).

Additionally, Mr. Lutins will resolve any valid outstanding liens or subrogated interests and agrees to the following language.  All other overly broad language will be stricken from the release:

The undersigned agrees to be responsible for, and to satisfy out of the proceeds of this settlement, all liens, known and unknown, and/or subrogated interests related to medical treatment, health care and related expenses, workers compensation benefits and attorney's fees, incurred by, or on behalf of the undersigned, for any injuries arising from the accident

Ms. Ann-Marie Cooley
June 29, 2010
Page 5

described herein above.  The undersigned agrees to indemnify, defend and hold harmless releasees from and against all claims, demands, losses, costs and expenses including attorney fees arising from such liens and/or subrogated interests related to medical treatment, health care and related expenses, workers compensation benefits and attorney's fees, incurred by, or on behalf of the undersigned, for any injuries arising from the accident described herein above.

I have provided you with all the information you need to properly evaluate this claim.  However, should you require further information, please notify me immediately by return mail, and I will promptly provide it to you.  You have represented that your insured's available insurance limits are $200,000.00, and this offer to settle for those policy limits is conditioned upon the correct limits having been disclosed.  If there is any question as to your insured's limits, please contact us.  If I do not hear from you, I will assume you have all you need to fairly evaluate and settle this claim and will look forward to receiving a settlement check in the amount of $200,000.00 made payable to Mr. Lutins and Harrell & Harrell, P.A., by 5:00 p.m. on July 30, 2010.  This offer to settle is for pre-suit purposes and is not binding should it be necessary to file suit.

Sincerely,

W. Holt Harrell

WHH/je

Enclosures

cc:   Mr. Michael Lutins (w/o encs.)

# EXHIBIT 6

**Case Details - Duval County Clerk of the Circuit Court**          *Search  Home  Logout*

## MICHAEL E LUTINS 16-2010-CA-010120-XXXX-MA

| Previous Case |  | Next Case |

Case loaded in 0 seconds.

**Division:** CV-F

**Clerk File Date:** 08/12/2010

**Fee's / Fines:** $0.00

**Party(s)**

| Full Name | Party Type | Sex | Race | DOB | License # | Address | Plaintiff Attorney Information |
|-----------|-----------|-----|------|-----|-----------|---------|-------------------------------|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | DEFENDANT | BUSINESS | | | | | |
| LUTINS, MICHAEL E | PLAINTIFF | | | | | | |

**Case Fee(s)**

| Effective Date | Description | Amount | Paid | Balance | In Collections |
|----------------|-------------|--------|------|---------|----------------|
| 08/12/2010 | CIR/GENERALCIVIL 6/1/09 | $411.00 | $411.00 | $0.00 | |

**Court Event(s)**

| No Court Events |

**Docket(s)**

| Image | Effective Date | Count | Description |
|-------|----------------|-------|-------------|
| | 8/12/2010 | | AUTO NEGLIGENCE CASE |
| 🖼 | 8/12/2010 | | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 1074737 |
| 🖼 | 8/12/2010 | | COMPLAINT, SUMMONS ISSUED |
| 🖼 | 8/12/2010 | | NOTICE OF SERVICE OF INTERROGATORIES |
| 🖼 | 8/12/2010 | | NOTICE TO PRODUCE |
| 🖼 | 8/12/2010 | | COVER SHEET |
| | 8/12/2010 | | REQUEST FOR JURY TRIAL |
| 🖼 | 8/25/2010 | | NOTICE OF SERVICE OF PROCESS STATE FARM MUTUAL, 17AUG10 |



**JIM FULLER**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

**RECEIPT**
1074737

Printed on:
08/12/2010  3:25 PM
Page 1 of 1

| Receipt Number: 1074737   Date: 08/12/2010   Time: 3:25 PM | | | |
|---|---|---|---|
| Received of: | HARRELL & HARRELL | | |
| Cashier #: | mitchellpa | Balance Owed: | 411.00 |
| Cashier Location: | Circuit Civil | Total Amount Paid: | 411.00 |
| Receipt ID: | 4148382 | Remaining Balance Owed: | 0.00 |
| Division: | CV-F (Civil) | | |

| Case# 16-2010-CA-010120-XXXX-MA - Plaintiff: LUTINS, MICHAEL E | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| Case Total | 411.00 | 411.00 | 0.00 |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| CHECK | 111438 | 411.00 |
| **Total Received** | | 411.00 |
| **Total Paid** | | 411.00 |

## The Clerk of Courts is here to help you.

| We can be found online at: | http://www.duvalclerk.com | |
|---|---|---|
| in person at: | Duval County Courthouse
330 East Bay Street, Room 103
Jacksonville, Florida 32202 | |
| most often requested phone numbers: | Main Number | 904-630-2028 |
| | Circuit Court - Felony | 904-630-2065 |
| | Circuit Court - Civil | 904-630-2031 |
| | Circuit Court - Juvenile | 904-630-2072 |
| | Circuit Court - Probate | 904-630-2053 |
| | County - Misdemeanor | 904-630-2070 |
| | County - Traffic | 904-630-5100 |
| | Domestic Violence | 904-630-7514 |
| most often requested location: | Courthouse Annex
1543 Atlantic Blvd.
Neptune Beach, Florida 32266 | |

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.: 3- 2010 -CA- 0 1 0 1 2 0      XXXX-MA

DIVISION:

MICHAEL E. LUTINS,

       Plaintiff,

vs.                                                                     DIVISION CV-F

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

       Defendant.

_____/

## NOTICE OF SERVICE OF INTERROGATORIES
## TO DEFENDANT STATE FARM

TO:   CLERK OF THE CIRCUIT COURT

    **PLEASE TAKE NOTICE** that Interrogatories, numbered 1 through 11, have been

propounded to Defendant State Farm Mutual Automobile Insurance Company, a foreign corporation.

    DATED this _10th_ day of August, 2010.

HARRELL & HARRELL, P.A.

_____

W. Holt Harrell, Esquire
Florida Bar No.: 0577634
4735 Sunbeam Road
Jacksonville, FL  32257
(904) 251-1111
(904) 251-1110 (facsimile)

Attorneys for Plaintiff

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:     ⊃· 2010 ·CA· 0 1 0 1 2 0      XXXX·

DIVISION:

THIS INSTRUMENT
IN COMPUTER
A. M.

DIVISION CV-F

MICHAEL E. LUTINS,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

        Defendant.

_____/

## PLAINTIFF'S REQUEST TO PRODUCE
## TO DEFENDANT, STATE FARM

    Plaintiff, Michael E. Lutins, by and through his undersigned counsel, hereby requests

pursuant to Rule 1.350 of the Florida Rules of Civil Procedure that Defendant produce the following

within forty five (45) days of service hereof:

    1.     Copies of all insurance policies, including excess and umbrella policies, that might

provide coverage for this incident, this request includes all vehicles owned by the insured(s)

including ones not involved in the accident.

    2.     Copies of insurance application and any and all underinsured motorist stacking

selection and/or rejection forms signed by the insured during the entire policy period.

    3.     Copies of any statements, whether oral, recorded or otherwise, obtained of the

Plaintiff.

    4.     Colored photographs of the scene of the accident.

5.  Colored photographs of the motor vehicle operated by John Frazier in this accident.

6.  Colored photographs of the motor vehicle operated by the Plaintiff in this accident.

7.  Estimates of repairs for the damage to John Frazier's motor vehicle. Estimates of repairs for the damage to Plaintiff's motor vehicle.

8.  Invoices and repair bills for John Frazier's motor vehicle.

9.  Any and all colored photographs and/or surveillance films taken by the Defendant, Defendant's attorneys, investigators, agents, servants or employees or any colored photographs and/or surveillance films currently in the possession of the Defendant, Defendant's attorneys, investigators, agents, servants or employees taken of the Plaintiffs herein after the accident referred to in the Complaint, which are in any manner related to the subject matter of this lawsuit, which would show or depict the Plaintiffs herein.

10.  The names, addresses and telephone numbers of any investigators, agents, servants or employees of the Defendant or Defendant's attorneys who participated in the taking of these colored photographs and/or surveillance films.

DATED this _10th_ day of August, 2010.

HARRELL & HARRELL, P.A.

W. Holt Harrell, Esquire
Florida Bar No.: 0577634
4735 Sunbeam Road
Jacksonville, FL  32257
(904) 251-1111
(904) 251-1110 (facsimile)

Attorneys for Plaintiff

2

# APPENDIX

**Form 1.997 Civil Cover Sheet**                    ɔ- 2010 -CA- 0 1 0 1 2 0        :XXXX-1

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075 (See instructions for completion).

I.       CASE STYLE

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA.

MICHAEL E. LUTINS,
Plaintiff,

Case#:_____ CV-F

Judge:_____

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,
Defendant.

II.       TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☒ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more
   ☐ Homestead residential foreclosure $0 - $50,000
   ☐ Homestead residential foreclosure $50,001 - $249,999
   ☐ Homestead residential foreclosure $250,000 or more
   ☐ Nonhomestead residential foreclosure $0 - $50,000

☐ Nonhomestead residential foreclosure $50,001 - $249,999
☐ Nonhomestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☐ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance
   ☐ Constitutional challenge—proposed amendment
   ☐ Corporate trusts
   ☐ Discrimination—employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

III.  **REMEDIES SOUGHT** (check all that apply):
    ☒    monetary;
    ☐    nonmonetary declaratory or injunctive relief;
    ☐    punitive

IV.  **NUMBER OF CAUSES OF ACTION:** [ One ]
(specify)_____Breach of Contract;_____

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐  yes
    ☒  no

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒  no
    ☐  yes    If "yes," list all related cases by name, case number, and court.
    _____
    _____
    _____

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒  yes
    ☐  no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature_____    Fla. Bar #_0577634_____
        Attorney or party                      (Bar # if attorney)

_____W. Holt Harrell_____    8/10/10
(type or print name)            Date

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


10-51174

MICHAEL E. LUTINS

PLAINTIFF(S),

VS.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, A FOREIGN CORPORATION

DEFENDANT(S).

SUMMONS, COMPLAINT, EXHIBIT, DISCOVERY

CASE #:  2010-CA-01020-XXXX-MA
COURT:   CIRCUIT COURT
COUNTY:  DUVAL
DFS-SOP#: 10-51174

AUG 2 3 2010

CLERK CIRCUIT COURT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida. Said process was received in my office by MAIL on the 17th day
of August, 2010 and a copy was forwarded by Electronic Delivery on the 20th day of August,
2010 to the designated agent for the named entity as shown below.

    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
    JOHN MONSANTO  (flor.clms-dfs.604K19@statefarm.com)
    VP-OPERATIONS
    STATE FARM
    7401 CYPRESS GARDENS BLVD
    WINTER HAVEN, FL 33888

* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

W. HOLT HARRELL
HARRELL & JOHNSON, P.A.                                    AJ1
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

IN THE CIRCUIT COURT FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:

DIVISION:
     2010-CA- 0 1 0 1 2 0     XXXX-MA

MICHAEL E. LUTINS,

       Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

_____/

**DIVISION CV-F**

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and Request to Produce in the above styled cause upon the following defendant, to wit:

   by serving:    State Farm Mutual Automobile Insurance Company
                  c/o Florida Chief Financial Officer as RA
                  200 East Gaines Street
                  Tallahassee, Florida 32399-4201

      Said defendant is required to serve written defenses to the Complaint on W. Holt Harrell, Plaintiff's attorney, whose address is:

                  Harrell & Harrell, P.A.
                  4735 Sunbeam Road
                  Jacksonville, Florida 32257

within 20 days after service and to answer the Interrogatories and Request to Produce within 45 days of this Summons on said defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

      WITNESS my hand and the seal of said Court this 12 day of August, 2010.

                          Clerk of Court

                          JIM FULLER

(COURT SEAL)



BY: _____
    Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written responses to the "Plaintiff/Plaintiffs Attorney" named below:

**W. Holt Harrell, Esquire**
**4735 Sunbeam Road**
**Jacksonville, Florida 32257**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del trunal. Existen otros requisitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de letelphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la caus ainsi que votre salaire, votre argent, et vos biens peuvent etre saisais par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vour ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carboneou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiffs Attorney" (Plaignant ou a son avocat) namme oidessous.