UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Michael E. Lutins,

    Plaintiff,

vs.                                           Case No.  3:10-cv-817-J-99TJC-MCR

State Farm Mutual Automobile Insurance
Company,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Physical Examination (Doc. 11) filed November 1, 2010.  Defendant seeks to have Plaintiff submit to an orthopedic examination in order to enable Defendant to "determine the exact nature of Plaintiff's physical condition and defend against Plaintiff's claim."  (Doc. 11, ¶2).  Defendant proposes the exam be conducted by Dr. M. Jon Von Thron, M.D. on December 22, 2010 at 2:30 p.m.

    Rule 35(a)(1) and (2) of the Federal Rules of Civil Procedure provides:

> The court where the action is pending may order a party whose mental or physical condition [] is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner . . .
>
> The order may be made only on motion for good cause and on notice to all parties and the person to be examined; and must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

-1-

Rule 35(a)(1) and (2), Fed.R.Civ.P.

According to Defendant, Plaintiff has placed his medical condition at issue by claiming to have "sustained permanent injury to his neck, back, and shoulder as a result of the accident alleged in the Complaint in this case." (Doc. 11, ¶1). Additionally, Defendant notes that Plaintiff does not oppose the examination. The Court finds Plaintiff has indeed placed his physical condition in controversy, that good cause exists for the medical examination, and as there is no opposition, will grant the request for examination by Dr. Thron pursuant to Rule 35.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Motion for Physical Examination (Doc. 11) is **GRANTED**.

2. Plaintiff shall submit to a medical examination by Dr. M. Jon Von Thron, M.D., at the Jacksonville Orthopaedic Institute, 410 Jacksonville Drive, Jacksonville Beach, Florida 32205 on **December 22, 2010 at 2:30 p.m.** or at a time mutually agreeable to the parties.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  4th  day of November, 2010.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record